No. 10-7934. **Kevin Stephens, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3023, 180 L. Ed. 2d 850, 2011 U.S. LEXIS 4629.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 393 Fed. Appx. 340.